# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-1101**

**September Term, 2024**

**EPA-90FR13085**

**Filed On: July 7, 2025**

Environmental Defense Fund,

      Petitioner

      v.

Lee M. Zeldin, Administrator, U.S.
Environmental Protection Agency and
Environmental Protection Agency,

      Respondents

## O R D E R

Upon consideration of respondent EPA's motion to dismiss the petition as moot, and petitioner's unopposed motion for voluntary dismissal of its petition for review, it is

**ORDERED** that petitioner's motion for voluntary dismissal be granted and this petition be dismissed.

The Clerk is directed to issue the mandate forthwith to the agency.

                                **FOR THE COURT:**
                                Clifton B. Cislak, Clerk

                BY:    /s/
                         Laura M. Morgan
                         Deputy Clerk